UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Faigy Landau, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

Revenue Management Services Corp,

Defendant.

Docket No: 7:20-cv-03922-KMK

**NOW COMES** the Plaintiff(s) Faigy Landau, individually and on behalf of all others similarly situated, by and through counsel, to provide Notice to the Court that the present cause has been settled between the parties, and:

**WHEREFORE**, a settlement agreement ("Agreement") is in the process of being finalized, and upon payment of the settlement amount, the parties will submit a Stipulation of Voluntary Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

As such, the parties request:

1. The Court stay this case and adjourn all deadlines and conferences; and
2. The Court deny, without prejudice, any outstanding motions; and
3. The Court provide that Plaintiff shall have 60 days to file the dismissal.

DATED: June 11, 2020

All applications are granted.

So Ordered.

*[signature]*

6/15/20

**BARSHAY SANDERS, PLLC**

By: */s Craig B. Sanders*
Craig B. Sanders, Esq.
BARSHAY SANDERS, PLLC
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
*Attorneys for Plaintiff*